District Court of the United States
for the District of Maryland
Greenbelt Division

| | | |
|---|---|---|
| **United States of America** | § | |
| Plaintiff-in-Error | § | |
| | § | |
| | § | Criminal Case No. |
| v. | § | AW09CR0204 |
| | § | AW 09-0240 |
| | § | |
| **Salah Murad Benson** | § | |

## Notice to Dismiss Defense Counsel

Let it be known on   /  /   Salah Murad Benson dose not except court appointed defense counsel due to the difference in how this case should be handle. To this fact Salah Murad Benson don't feel Mrs. Skelton can represent my interest. Due to the agreement she has with the prosecutor it present a conflict of interest to me.

Respectfully submitted this August day of 19 20 09

_(signature)_

Salah Murad Benson #50606-037
1901 E Street S.E.
Washington D.C. 20003

## NOTICE OF FILING

On this the \_\_Wednesday\_\_ day of \_\_August\_\_, 20\_09\_, a true and correct copy of this demand was filed with the court by placing it in the United States mail, postage prepaid, or having it hand delivered to the clerk of the District Court.

_____

Salah Murad Benson

## CERTIFICATION UNDER PENALTY OF PERJURY

I, Salah Murad Benson, certify on this the \_\_Wednesday 19\_\_ day of \_\_August\_\_ 20\_09\_, That the foregoing is true and correct.

## CERTIFICATE OF SERVICE

On this the \_\_Wednesday 19\_\_ day of \_\_August\_\_, 20\_09\_, a true and correct copy of the foregoing was served on the attorney of record in this case for the United States

_____

Salah Murad Benson

## Certificate of Notary

On this __/3__ day of __August__, 20 __09__, before me personally come and appeared Salah Murad Benson, known, and known to me, to be the individual describe in and who executed the foregoing instrument and who duly acknowledged to me that he executed same for the purpose therein contained.

IN WITNESS WHEREOF, I hereunto set my hand and official seal.


_Shame'ka C. Bivens_           My commission expires: _____
Notary Public

> SHAME'KA C. BIVENS
> NOTARY PUBLIC DISTRICT OF COLUMBIA
> My Commission Expires June 30, 2011